# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 48th District Court | 048-349030-23 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Dianne Dorman - Plaintiff | Ryan Daniel - TX24090604, Law Offices of Ryan Daniel |
   | | 1525 US Hwy 380, Suite 500#102, Frisco, TX 75033 |
   | | 469/688-0621 |
   | Defendants - see additional sheet | |
   | | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ☐ Yes    ✔ No

   If "*Yes*," by which party and on what date?

   _____    _____
   Party                                Date

4. **Answer:**

   Was an Answer made in State Court?  ☐ Yes   ☒ No

   If "*Yes*," by which party and on what date?

   _____    _____
   Party                                      Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | U.S. Bank National Association as Trustee | Citation not issued |
   | PHH Mortgage Corporation | Citation not issued |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   |  |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | TRO requested, Declaratory judgment, TDCA violations, Violation of RESPA Regulation X, Accounting |

Supplemental Civil Cover Sheet – Additional Page

Dianne Dorman v. Deutsche Bank National Trust Co., as Trustee and PHH Mortgage Corporation

2. Style of Case – Attorney Information:

Defendants    Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-NCI, Mortgage Pass-Through Certificates, Series 2007-NCI

PHH Mortgage Corporation

Attorney for both defendants -   Mark D. Cronenwett, TX 00787303;  Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Parkway, Suite 900, Dallas, TX  75254;  214/635-2650.