IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DIANNE DORMAN, § § Plaintiff/Counter-Defendant, § § v. § § DEUTSCHE BANK NATIONAL TRUST § CO., AS TRUSTEE FOR SECURITIZED § ASSET BACKED RECEIVABLES LLC § TRUST 2007-NC1, MORTGAGE § PASSTHROUGH CERTIFICATES, § SERIES 2007-NC1 and PHH § MORTGAGE CORPORATION, § § Defendants/Counter-Plaintiffs. § § | Civil Action No. 4:24-cv-00024-P |

**ORDER DENYING MARK STEPHEN BURKE'S MOTION TO INTERVENE AS PLAINTIFF**

Before the Court is Defendants' Response in Opposition to Mark Stephen Burke's Motion to Intervene as Plaintiff. Having considered the Motion to Intervene (*See* Doc. No. 13), Defendants' Response in Opposition to the Motion to Intervene, relevant docket entries, and applicable law, the Court **DENIES** the Motion to Intervene (Doc. No. 13). It is therefore

**ORDERED** that Mark Stephen Burke shall not intervene as a plaintiff in the above-referenced lawsuit filed by Plaintiff Dianne Dorman.

**SO ORDERED** on this _____ **day of April 2024.**

JUDGE PRESIDING