UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DIANNE DORMAN**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　No. 4:24-cv-00024-P

**DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL.**

　　Defendants.

## ORDER

　　Before the Court is Mark Stephen Burke's Motion to Reconsider and Allow Additional Briefing, or in the Alternative, Extension of Time to Respond. ECF No. 28. Having considered the Motion, the Court concludes that the Motion should be and is hereby **DENIED.**

　　**SO ORDERED** on this **29th day of April 2024.**

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　MARK T. PITTMAN
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE