UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DIANNE DORMAN,**

   Plaintiff,

v.                                No. 4:24-cv-000024-P

**DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL.,**

   Defendants.

## ORDER

   This case was filed on January 8, 2024. ECF No. 1. At the time of filing Plaintiff was proceeding pro se. *Id*. The case was referred to Magistrate Judge Jeffrey L. Cureton. ECF No. 2.

   Subsequently, Plaintiff obtained counsel and is thus no longer proceeding pro se in this matter. *See* ECF No. 9. Consequently, the undersigned finds it prudent to withdraw the pretrial referral and return this case to the Court's docket. It is therefore **ORDERED** that the Court's previous referral of this matter to Judge Cureton is **RESCINDED**. Thus, the Clerk of the Court is **DIRECTED** to return this case to the docket of the undersigned.

   **SO ORDERED** on this **19th day of November 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE